■
**KRZAN, S.**
v.
**KEYSTONE PROPANE SERVICE**
**574 MDA 2016**
Superior Court of Pennsylvania.
03/01/2017
2011–CV–4097 (Lackawanna)
Affirmed

■
**COM.**
v.
**WATKINS, M.**
**740 MDA 2016**
Superior Court of Pennsylvania.
03/01/2017
CP–41–CR–0001965–2005 (Lycoming)
Affirmed

■
**COM.**
v.
**MOYER, R., Jr.**
**742 MDA 2016**
Superior Court of Pennsylvania.
03/01/2017
CP–36–CR–0004588–2014 (Lancaster)
Affirmed

■
**COM.**
v.
**SLATE, T.**
**836 MDA 2016**
Superior Court of Pennsylvania.
03/01/2017
CP–01–MD–0002107–2015 (Adams)
Appeal Dismissed

■
**COM.**
v.
**CONNELLY, C., Jr.**
**883 MDA 2016**
Superior Court of Pennsylvania.
03/01/2017
CP–38–CR–0001965–2014 (Lebanon)
Affirmed

■
**C.B.**
v.
**L.A.J.**
**1045 MDA 2016**
Superior Court of Pennsylvania.
03/01/2017
CI–15–06319
(Lancaster)
Appeal Dismissed

